# Court of Appeals
# of the State of Georgia

ATLANTA,  January 08, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0850. THOMAS v. THE MAYOR OF THE CITY OF RINCON.**

Kennesha Thomas filed a notice of appeal in this action, and the appeal was docketed on December 11, 2024. As set forth in Court of Appeals Rule 23 (a), an appellant must file a brief within 20 days after the appeal is docketed. Therefore, Thomas's brief was due no later than December 31, 2024. Thomas, however, has neither filed a brief nor requested an extension of time in which to do so. Because Thomas has not filed a timely brief in this case, we hereby DISMISS her appeal. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/08/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*